IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,                                         No. C 09-05262 SBA (PR)

    Plaintiff,                                     **ORDER OF DISMISSAL**

v.

B. E. JUNES, Warden, et al.,

    Defendants.
                                              /

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. In an Order dated November 2, 2009, Magistrate Judge Gregory G. Hollows of the Eastern District ordered it transferred to this Court on venue grounds.

    On November 9, 2009, the instant case was received by this Court. On the same date, the Clerk of the Court sent Plaintiff a notice that this case had been transferred to this Court. On November 10, 2009, the Clerk sent Plaintiff another notice that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis (IFP). The Clerk provided a copy of the prisoner's IFP application form, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed IFP application within thirty days.

    On November 16, 2009, the November 10, 2009 Clerk's notice was returned as undeliverable with a notation: "Return to Sender -- Inmate Refused."

    In an Order dated March 3, 2010, the Court directed Plaintiff to inform the Court of his continued intent to prosecute this action. The Court informed Plaintiff that if he failed to do so within thirty days, this action would be dismissed without prejudice for failure to prosecute. The Order was sent to Plaintiff at his last known address, Salinas Valley State Prison.

    On March 10, 2010, the Court's March 10, 2010 Order was also returned as undeliverable with a notation: "Return to Sender -- Inmate Refused."

Plaintiff has failed to communicate with the Court since this case has been transferred to this district. In addition, he has refused the November 10, 2009 Clerk's notice and the Court's March 3, 2010 Order. A district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). The court should consider five factors before dismissing an action under Rule 41(b): (1) the public interest in the expeditious resolution of the litigation: (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the availability of less drastic sanctions; and (5) the public policy favoring the disposition of actions on their merits. See Malone v. United States Postal Serv., 833 F.2d 128, 130 (9th Cir. 1987).[1] The first three factors, above, weigh in favor of dismissal in light of the fact that Plaintiff has not pursued this matter since it has been transferred to this district. The fourth factor also weighs in favor of dismissal because less drastic sanctions would have little impact in light of Plaintiff's apparent lack of interest in this case. Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in light of the other four factors. See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district court did not abuse its discretion in dismissing petition with prejudice where three of the five factors weighed in favor of dismissal).

In light of the foregoing, this action is hereby DISMISSED for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court shall close the file and terminate any pending motions.

IT IS SO ORDERED.

DATED: 3/29/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The court should also afford the litigant prior notice of its intention to dismiss, id. at 133, as this Court has done.

2

```
                UNITED STATES DISTRICT COURT
                FOR THE
                NORTHERN DISTRICT OF CALIFORNIA
```

DUKES et al,

        Plaintiff,

  v.

JUNES et al,

        Defendant.
_____/

Case Number: CV09-05262 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin Dukes D-33572
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 31, 2010

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Dukes5262.41bDismissaßwpd